USAA CASUALTY INSURANCE COMPANY, Appellant, v EFFRON/LOVE OIL CORP., Also Known as MEENAN OIL CO., INC., Respondent. [639 NYS2d 743]

The plaintiff has failed to raise any triable issues of fact *(see,* CPLR 3212 [b]). Rosenblatt, J. P., Sullivan, Copertino and Goldstein, JJ., concur.